**IT IS ORDERED as set forth below:**



Date: May 3, 2019

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| EMMA LOUISE COBB, | ) | CASE NO. 17-20676-jrs |
| Debtors. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| THE BANK OF NEW YORK MELLON | ) | |
| F/K/A THE BANK OF NEW YORK AS | ) | |
| SUCCESSOR IN INTEREST TO JP | ) | |
| MORGAN CHASE BANK, N.A. AS | ) | |
| TRUSTEE FOR STRUCTURED ASSET | ) | |
| SECURITIES CORPORATION | ) | **CONTESTED MATTER** |
| MORTGAGE PASS-THROUGH | ) | |
| CERTIFICATES, SERIES 2005-16 | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMMA LOUISE COBB, | ) | |
| NANCY J. WHALEY, Trustee | ) | |
| Respondents. | ) | |
| _____ | / | |

## CONSENT ORDER

This matter arose upon the motion of *The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates,*

*Series 2005-16* ("Movant"), filed February 04, 2019 (Doc. No. 64) to modify the stay of 11 U.S.C. §362(a) to allow Movant to foreclose on Debtor's real property known as *2695 Oxbow Court, Buford, Georgia 30519* (the "Property").  The motion was scheduled for hearing March 14, 2019 (Doc. No. 64) and court rescheduled for March 28, 2019 (the "Hearing") and notice was provided to Debtor(s), Debtor's Attorney and Trustee.

Movant and Debtor acknowledge and agree that (1) the total post-petition arrearage through March 22, 2019 is $**5,174.79**, (includes: March 01, 2018 through April 01, 2019 payments totaling @ $2,547.62 per month and Attorney fees and cost of $1,031.00; less suspense amount of -$951.45).

**THE PARTIES AGREE** as follows:

(1)     Regarding curing the arrearage; Debtor will amend Plan to add fees and cost in the amount of $1,031.00 to their Plan; and

(2)     Movant will amend the POC (Proof of Claim) to add the fees and costs in the amount of $1,031.00; and

(3) The remaining balance of $**4,143.79** will be cured over *nine* months with (8) months in the amount of $**460.42** per month and (1) month in the amount of $**460.43** due on the 15th day of each month beginning with **May 15, 2019**; and

(4) Debtor will continue to pay Movant the regular monthly mortgage payment of $**2,547.62**, due on the 1st day of each month beginning with the payment due for **May 01, 2019**; and

(5) Debtor also agrees to pay all hazard insurance premiums for which Movant does not maintain an escrow account when the same become due. (*If applicable*)

(6) The Debtor shall mail all payments to Movant in care of its servicer Nationstar Mortgage LLC as follows:

**NATIONSTAR MORTGAGE, LLC**
**ATTN: BANKRUPTCY**
**PO BOX 619094**
**DALLAS, TEXAS 75261-9741**

Based on the foregoing agreement, Debtor and Movant consent to the terms hereof; accordingly, it is hereby

**ORDERED** that, upon the delinquency of Debtor in the payment of the arrearage cure payment due on *May 01, 2019* or any regular monthly mortgage payments which come due during this bankruptcy proceeding, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) and the entry of an order **modifying** the automatic stay of 11 U.S.C. §362 in the following manner:

(A)    Counsel for Movant shall serve both Debtor and Debtors' counsel of record with written notice of the specific facts of the delinquency (the **"Delinquency Notice"**); said notice may be contained in a letter but shall

> (1) state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and
>
> (2) shall specifically provide the correct street address for mailing or delivering such payment;

Pursuant to this order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

> (a) the Delinquency Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3(c) (2) ND GA, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor's address within a reasonable time prior to mailing of the Delinquency Notice; and
>
> (b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may present to the Court, after service on both the Debtor and Debtors' counsel:

(1) **a motion**, which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit from Movant setting forth the specific facts of the delinquency;

(2) a copy of the **Delinquency Notice**, together with

(3) **a proposed order** (the motion, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

(C) In the event of the Debtor's failure to cure any such default of this Consent Order, Movant agrees to provide the Chapter 13 Trustee with twenty (20) days notice of the Debtor's failure to cure said default. During said twenty (20) day period the Trustee may file a motion to convert the case to a Chapter 7 or he/she may file a motion to sell the subject property. If a motion to convert or a motion to sell the property is not filed within the aforementioned twenty (20) day period, the mortgager holder may be entitled to an Order from this Court lifting the automatic.

(D) The Trustee is instructed to cease funding the claim if stay is lifted for *The Bank of New York Mellon c/o Nationstar Mortgage LLC*, as successor trustee in this Chapter 13 case

Upon presentation of said Delinquency Motion, and provided the Trustee has not filed the motion to convert within the time frame specified above, the Court may enter an order **modifying** the stay as to the Property, without further hearing. If any proceeds remain from the foreclosure sale after application to Movant's lawful indebtedness, fees

and foreclosure costs, Movant or its counsel shall promptly forward such excess proceeds to the Trustee. It is further

**ORDERED** that strict compliance provision on this order is for *Nine* (9) months.

It is further,

**ORDERED** that the Clerk of Court shall serve this Order to the parties set forth on the distribution list attached hereto.

[END OF DOCUMENT]

Prepared and Presented by:

/s/ *Cory P. Sims*
Cory P. Sims, Esquire
Georgia Bar No.: 701802
**Albertelli Law**
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Assistant's Telephone: (813) 221-4743 ext. 1947
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
csims@alaw.net


EXPRESSLY AGREED TO AND ACCEPTED:

/s/_Matthew T. Nash_____
Matthew T. Nash
Georgia Bar No.: 306591
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079
Phone: (404) 499-2700
Fax: (404) 499-2728
Email: contactus@fieldlawoffice.com

NO OPPOSITION:

/s/ Eric W. Roach
Eric W. Roach
Georgia Bar No.: 143194
Attorney for Nancy J. Whaley,
Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
Telephone: (678) 992-1201

## **DISTRIBUTION LIST**

This Distribution List is pursuant to a Consent Order that has been reached in the above styled case.

Cory P. Sims
Attorney for Secured Creditor
100 Galleria Parkway, Suite 960
Atlanta, GA 30339

*Debtor*
Emma Louise Cobb
2695 Oxbow Court
Buford, GA 30519

*Attorney for Debtor*
R. Jeffrey Field
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079
Phone: (404) 499-2700
Fax: (404) 499-2728
Email: contactus@fieldlawoffice.com

*Trustee*
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
Phone: (678) 992-1201